# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Beesley, Bruce T. | United States Bankruptcy Court for the District of Nevada | 06/11/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| full time bankruptcy judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Bankruptcy Court
C Clifton Young Federal Bldg & U S Court House
300 Booth Street
Reno, NV 89509-1317

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judicial Chair of the Southwest Bankruptcy Conference Advisory Board | American Bankruptcy Institute |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Lewis and Roca, LLP Partnership Earnings for the fiscal year ended May 31, 2012 (See note in Part VIII) | $81.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Lawyer-Salary |
| 2. 2012 | Lawyer-Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 9/13/12 to 9/15/12 | Las Vegas, NV | Southwest Bankruptcy Conference | Flight, Hotel and Meals |
| 2. | National Conference of Bankruptcy Judges | 10/24/12 to 10/27/12 | San Diego, CA | National Conference of Bankruptcy Judges | Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Visa | Credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.      Retirement Account-no control | E | Int./Div. | O | T | | | | | |
| 2.   Greater Nevada Credit Union | A | Dividend | K | T | | | | | |
| 3.   MassMutual Life Insurance Cash Value | A | Dividend | | | Redeemed | 04/26/12 | J | A | |
| 4.   Wells Fargo cash equivalent accounts(Y) | | | | | | | | | |
| 5.   Lewis and Roca, LLP Withdrawal Payments Est. Receivable (Y) | | | | | | | | | |
| 6.   Wells Fargo Investments IRA | A | Int./Div. | N | T | | | | | |
| 7.   ---Wells Fargo Cash Sweep | | | | | | | | | |
| 8.   ---General Electric Cap Corp Med Term Note (Y) | | | | | | | | | |
| 9.   ---Wells Fargo Bank Emerging Mkts Bskt | | | | | | | | | |
| 10.  ---Wells Fargo Bank S&P 500 LKND MLCD | | | | | | | | | |
| 11.  ---Wells Fargo Bank NA Diver Equity Bskt MLCD | | | | | | | | | |
| 12.  ---Wells Fargo BAnk NA Rogers Intl CMDTY IDX CD | | | | | | | | | |
| 13.  Wells Fargo Investments IRA | A | Int./Div. | M | T | | | | | |
| 14.  ---Wells Fargo Cash Sweep | | | | | | | | | |
| 15.  ---Wells Fargo Bank Emerging Mkts Bskt | | | | | | | | | |
| 16.  ---Wells Fargo Bank S&P 500 LKND MLCD | | | | | | | | | |
| 17.  ---Wells Fargo Bank NA Diver Equity Bskt MLCD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ---Wells Fargo BAnk NA Rogers Intl CMDTY IDX CD | | | | | | | | | |
| 19. Wells Fargo Bank Deposit Sweep-Cash | A | Interest | J | T | | | | | |
| 20. Wendys Arbys Group Inc | A | Dividend | J | T | | | | | |
| 21. Franklin Templeton LTD Duration Income Tr | A | Dividend | J | T | | | | | |
| 22. Wells Fargo Cash Sweep-Cash | A | Interest | M | T | | | | | |
| 23. Wells Fargo Checking and Savings | A | Interest | M | T | | | | | |
| 24. Wells Fargo Cash Deposit (Y) | | | | | | | | | |
| 25. [          ] Stock | | None | | | Sold | 10/01/12 | J | A | |
| 26. Charles Schwab 401(k) (X) | A | Int./Div. | J | T | | | | | |
| 27. ---T Rowe Price Retirement 2020 | | | | | Buy | 07/02/12 | J | | |
| 28. Krispy Kreme Doughnuts - See Part VIII Add'l Information (X) | A | Dividend | J | T | | | | | |
| 29. Workmens' Compensation Shares (X) See Part VIII Add'l Inform | | None | | | Distributed | 06/07/12 | K | E | |
| 30. [          ] (X) | | None | J | W | Buy | 10/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beesley, Bruce T. | 06/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-A, Line 1: The Lewis and Roca, LLP earnings are calculated on a fiscal year ending in May. The income reported on this line is the income reported by the LLP for the fiscal year ended May 31, 2012, but all of this income was earned by the partner during the period from June 1, 2010 to December 31, 2010. There was a cash distributions of $1 from Lewis and Roca, LLP during 2012, and there are no distributions expected in the future.

Part VII, Item #3: The Mass Mutual policy was cashed out on 4/26/12. This policy was mistakenly reported as cashed out in 2011.

Part VII, Item #28: Shares of Krispy Kreme Doughnuts were mistakenly omitted from the prior year statement.

Part VII, Item #29: A payment was received from the Nevada Department of Unclaimed Property for shares in a Workmens' Compensation plan that went private.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bruce T. Beesley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544